# UNITED STATES DISTRICT COURT

## District of Minnesota

Ivan Fosado Ramirez,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood and Joel Brott,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1463 LMP/DLM

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Ivan F. R.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;
2. The Government is **ORDERED** to release Ivan F. R. from custody, without conditions and with all personal property, by no later than **5:00 p.m. on Saturday, February 21, 2026**;
3. The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than **5:00 p.m. on Monday, February 23, 2026**; and
4. If the Government seeks to impose conditions of release on Ivan F. R. or to retain Ivan F. R.'s property, the Government's status report must include: (a) the conditions imposed or the property retained; and (b) the legal basis on which the conditions are imposed or the property is retained.

Date: 2/20/2026

KATE M. FOGARTY, CLERK